UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ANDERSON,

        Plaintiff,                CIVIL ACTION NO: 18-CV-13697

v.

DETROIT TRANSIT COMPANY,

        Defendant.
_____ /

## ORDER OF DISMISSAL

The Court having been advised by counsel that the above-entitled action has been settled, therefore; based upon the representation of plaintiff's counsel;

**IT IS ORDERED** that the above-entitled action be, and the same hereby is, **DISMISSED** without costs and without prejudice to the right of either party to move within sixty (60) days to vacate this Order if settlement is not consummated. After 60 days from this date, this dismissal is with prejudice.

                                      s/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated: September 3, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 3, 2020, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                      Case Manager and Deputy Clerk
                                      (810) 292-6522